## BAIL IN ERROR.

BOYD *v.* WEEKS, 6 Hill, 71.

*Bail in Error in Court of Errors ; Justification.*

WHERE bail in error was excepted to, and the plaintiff in error put in and perfected new bail by justification. The Court of Errors held, that the court ought not to interfere, though the sureties had justified by a false affidavit, and were utterly insolvent.

The court held that the defendant in error should be left to his remedy, by application to a commissioner under the statute, (2 R. S. 59, Sec. 36,) for a *supersedeas.*